UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER GERWER, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | CR No. 0**7-00382** <br><br> <u>I N F O R M A T I O N</u> <br><br> [18 U.S.C. § 844(e): Using a Telephone to Make A Threat] |

The United States Attorney alleges:

[18 U.S.C. § 844(e)]

On or about February 6, 2006, in Los Angeles County, within the Central District of California, defendant ALEXANDER GERWER, did use a facility of interstate commerce, namely, a telephone,

///
///
///
///

to knowingly and willfully threaten and maliciously convey false information, concerning an alleged attempt being made to kill, injure, and intimidate an individual and unlawfully to damage and destroy a building by means of an explosive.

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division


RICHARD LEE
Assistant United States Attorney
Organized Crime & Terrorism Section