UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number  CR 07- 00382           Defendant Number  1
U.S.A. v.  Alexander Gerwer         Year of Birth  N/A
☐ Indictment   ☒ Information        Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**



**OFFENSE/VENUE**
a. Offense charged as a:      ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☒ Felony
b. Date of offense  February 6, 2006
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
   ☒ Los Angeles          ☐ Ventura
   ☐ Orange               ☐ Santa Barbara
   ☐ Riverside            ☐ San Luis Obispo
   ☐ San Bernardino       ☐ Other _____
Citation of offense  18 USC § 844(e)

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes
   If YES  Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out if the same conspiracy, common scheme, transaction, series of transactions or event; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE**  N/A

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on:  N/A
   Case Number _____
   Charging _____

The compliant:       ☐ is still pending
   ☐ was dismissed on:  NA

**COMPLEX CASE**
Are there 8 or more defendant in the Indictment/Information?
   ☐ Yes*              ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*              ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

This is the  N/A  superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number  N/A

The superseded case:
☐ is still pending before Judge/Magistrate Judge
   N/A
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*              ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*              ☒ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes*              ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes  ☒ No
If YES, list language and/or dialect:
   N/A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**OTHER**
☒ Male  ☐ Female
☒ U.S. Citizen  ☐ Alien
Alias Name(s) _____
_____

This defendant is charged in:  ☐ All counts
☒ Only counts: __One__

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☒ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud   ☐ public corruption
☐ government fraud             ☐ tax offenses
☐ environmental issues         ☐ mail/wire fraud
☐ Other: _____
_____
_____

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?     ☐ Yes     ☐ No
d. Is a Fugitive        ☐ Yes     ☒ No
e. Is on bail or release from another district:
   __N/A__
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested    ☐ Yes     ☐ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: __N/A__
c. If Federal: U.S. Marshal's Registration Number:
   _____
d. ☐ Solely on this charge. Date and time of arrest:
   _____
e. On another conviction:    ☐ Yes    ☐ No
   IF YES ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district
Pursuant to F.R.CrP.   ____ 20   ____ 21   ____ 40

---

**EXCLUDABLE TIME**
Determination as to excludable time prior to filing indictment/information EXPLAIN: _____
_____
_____
_____
_____

Date   __April 30, 2007__            *Signature of Assistant U.S. Attorney*

                                     RICHARD Y. LEE
                                     *Print Name*